**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRES M MARTINEZ,                    No   C-05-1711 - VRW

      Plaintiff,                      ORDER

      v

H SOULE,

      Defendant.
_____/

      Not later than December 28, 2006, the parties are directed to serve and file a letter not exceeding two pages describing the present status of trial preparation.  In the alternative, the parties may report to the court for a status conference not later than January 19, 2007.  The parties may arrange a status conference date with the court's deputy, Cora Delfin, who may be reached at (415) 522-2039.

      The parties are reminded of the firm trial date herein of June 18, 2007.

      IT IS SO ORDERED.

_____
VAUGHN R WALKER

United States District Chief Judge