| | |
|---|---|
| 1 | MATTHEW I. KREEGER (CA SBN 153793) |
| | *MKreeger@mofo.com* |
| 2 | DAVID M. HYMAS (CA SBN 226202) |
| | *DHymas@mofo.com* |
| 3 | RITA F. LIN (CA SBN 236220) |
| | *RLin@mofo.com* |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | Attorneys for Plaintiff |
| | ANDRES M. MARTINEZ |
| 8 | |
| 9 | TIMOTHY P. MURPHY (CA SBN 120920) |
| | DOLORES M. DONOHOE (CA SBN 111432) |
| | Edrington, Schirmer & Murphy |
| 10 | 2300 Contra Costa Boulevard, Suite 450 |
| | Pleasant Hill, CA 94523 |
| 11 | Telephone: (925) 827-3300 |
| | Facsimile: (925) 827-3320 |
| 12 | *TMurphy@esmlawfirm.com* |
| | *LDonohoe@esmlawfirm.com* |
| 13 | |
| 14 | Attorney for Defendant |
| | H. SOULE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDRES M. MARTINEZ, | Case No. C 05-1711 VRW (PR) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING VACATING PRETRIAL AND TRIAL DATES** |
| v. | |
| H. SOULE, | |
| Defendant. | |

STIPULATION AND [PROPOSED] ORDER REGARDING VACATING DATES
Case No. C 05-1711 VRW (PR)

1

1   Pursuant to N.D. Cal. Civil L.R. 6-2, Plaintiff Andres M. Martinez and Defendant H.
2   Soule, by and through their respective counsel of record, hereby stipulate and request as follows;
3       1.    On November 30, 2006, this Court issued a Case Management Order setting
4   various pretrial deadlines and a trial date. Included among these dates, the Court set February 28,
5   2007, as the discovery cut-off date. Dispositive motions were due March 8, 2007. The Joint
6   Pretrial Conference Statement and other trial-related documents are due April 17, 2007. Trial
7   was set for June 18, 2007.
8       2.    On February 2, 2007, the parties to this action agreed in principle to settle this case
9   and worked toward incorporating their agreement into a binding settlement agreement. The
10  parties agreed on the final terms of the settlement agreement on March 8, 2007. All of the parties
11  have now executed the final settlement agreement.
12      3.    The terms of the settlement agreement cover all claims pending in this action and
13  eliminate the need for the Court to resolve any issues in this case.
14      4.    Because the Plaintiff, Mr. Martinez, is currently incarcerated in Pelican Bay State
15  Prison and because payment under the settlement agreement will be from a third-party, the
16  California Department of Corrections and Rehabilitation ("CDCR"), the parties' agreement
17  provides CDCR ninety days to satisfy payment obligations outlined by the agreement.
18      5.    To avoid missing any of the Court's pretrial deadlines, the parties have agreed to
19  vacate the pre-trial deadlines and trial date as set forth in the Court's November 30, 2006, Case
20  Management Order.
21      6.    Once payment has been received according to the terms of the settlement
22  agreement, counsel for the Defendant will file a stipulation to dismiss this action with prejudice.
23      7.    The parties have only requested one previous modification of time, which was
24  filed by the Defendant and related to his motion for summary judgment after he obtained new
25  counsel (*see* Docket No. 9). The parties have not requested any modifications or extensions
26  related to the Court's November 30, 2006, scheduling order.
27
28

STIPULATION AND [PROPOSED] ORDER REGARDING VACATING DATES
Case No. C 05-1711 VRW (PR)
    2

SO STIPULATED.

DATED: March 29, 2007

MATTHEW I. KREEGER
DAVID M. HYMAS
RITA F. LIN
MORRISON & FOERSTER LLP

By:     /s/
    David M. Hymas

Attorneys for Plaintiff
ANDRES M. MARTINEZ

DATED: March 29, 2007

TIMOTHY P. MURPHY
DOLORES M. DONOHOE
EDRINGTON, SCHIRMER & MURPHY

By:     /s/
    Dolores M. Donohoe

Attorneys for Defendant
H. SOULE

### ECF CERTIFICATION

Pursuant to General Order No. 45, § X.B., the filing attorney attests that he has obtained concurrence regarding the filing of this document from each of the signatories to the document.

**PURSUANT TO STIPULATION, IT IS ORDERED THAT:**

On stipulation of the parties, and good cause appearing therefor, it is hereby ordered that all pre-trial deadlines and the trial date in this action are **VACATED**.

DATED: April 3, 2007

HON. VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Vaughn R Walker

STIPULATION AND [PROPOSED] ORDER REGARDING VACATING DATES
Case No. C 05-1711 VRW (PR)

3