MATTHEW I. KREEGER (CA SBN 153793)
MKreeger@mofo.com
DAVID M. HYMAS (CA SBN 226202)
DHymas@mofo.com
RITA F. LIN (CA SBN 236220)
RLin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
ANDRES M. MARTINEZ

TIMOTHY P. MURPHY (CA SBN 120920)
DOLORES M. DONOHOE (CA SBN 111432)
Edrington, Schirmer & Murphy
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523
Telephone: (925) 827-3300
Facsimile: (925) 827-3320
TMurphy@esmlawfirm.com
LDonohoe@esmlawfirm.com

Attorney for Defendant
H. SOULE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDRES M. MARTINEZ, <br><br> Plaintiff, <br><br> v. <br><br> H. SOULE, <br><br> Defendant. | Case No. C 05-1711 VRW (PR) <br><br> **STIPULATION FOR ENTRY OF ORDER OF DISMISSAL AND [PROPOSED] ORDER** |

STIPULATION FOR ENTRY OF DISMISSAL AND [PROPOSED] ORDER
Case No. C 05-1711 VRW (PR)
sf-2264880

1

1  WHEREAS all parties to this action, namely, Plaintiff Andres M. Martinez and Defendant H. Soule (the "Settling Parties"), have reached a mutual and amicable settlement and have entered into a separate agreement for settlement of this action, the terms of which are set forth in writing in the "Settlement Agreement and Full and Final Release of all Claims" ("the Settlement Agreement"), to fully and finally resolve all matters relating to this action without trial;

WHEREAS the Settlement Agreement covers all the claims in this action;

WHEREAS the Settling Parties agree to pay their own attorney fees and costs;

WHEREAS there are no further issues for the Court to resolve; and

WHEREAS the Settling Parties have agreed that the Court should retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. This action, including each of Plaintiff's causes of action set out in Plaintiff's Complaint, shall be dismissed with prejudice, with each party to bear its own attorney fees and costs.

2. The Court shall retain jurisdiction to enforce the terms of the Settling Parties' Settlement Agreement.

SO STIPULATED.

DATED: March 28, 2007

MATTHEW I. KREEGER
DAVID M. HYMAS
RITA F. LIN
MORRISON & FOERSTER LLP

By: _____
David M. Hymas

Attorneys for Plaintiff
ANDRES M. MARTINEZ

DATED: June 20, 2007

TIMOTHY P. MURPHY
DOLORES M. DONOHOE
EDRINGTON, SCHIRMER & MURPHY

By /s/ Dolores M. Donohoe
Dolores M. Donohoe

Attorneys for Defendant
H. SOULE

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 29, 2007

HON. VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

STIPULATION FOR ENTRY OF DISMISSAL AND [PROPOSED] ORDER
Case No. C 05-1711 VRW (PR)
sf-2264880

3